

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Steven Bejarano,                           * From the 238th District Court
of Midland County,
Trial Court No. CR56719.

Vs. No. 11-23-00194-CR             * April 17, 2025

The State of Texas,                   * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to clarify that "all court costs, fines, fees, [and] assessments" does not include court-appointed attorney's fees, and the district clerk's amended bill of costs to delete the time payment fee, without prejudice to such a fee being assessed at a later date, and the court-appointed attorney's fees that were assessed against Appellant. As modified, we affirm the judgment of the trial court.